**FILED**
March 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )     Case No. 2:08-mj-0101-EFB
            Plaintiff,              )
                                    )
v.                                  )     ORDER FOR RELEASE
                                    )     OF PERSON IN CUSTODY
ANDREA LYNN GRAVELLE,               )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANDREA LYNN GRAVELLE, Case MAG.S-08-00101-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $25,000.00

        __ Appearance Bond with Surety

        _X_ Unsecured Appearance Bond

        _X_ (Other)  Conditions as stated on the record.

        _X_ (Other)  USM to Release Defendant to PTS at 8:30 on 3/26/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 25, 2008  at 3:16pm.

By _____
Edmund F. Brennan,
United States Magistrate Judge